USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-1-14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
GREGORIO DeJESUS,

    Petitioner,       14-cv-3773 (JSR)(JCF)
               10-cr-40 (JSR)
  -v-
               ORDER
UNITED STATES OF AMERICA,

    Respondent.
------------------------------------x

JED S. RAKOFF, U.S.D.J.

  On October 28, 2014, the Honorable James C. Francis IV, United States Magistrate Judge, issued a Report and Recommendation in the above-captioned matter recommending that petitioner DeJesus's motion to vacate, set aside, or correct his sentence be denied. Petitioner has failed to file any objection to the Report and Recommendation, and, for that reason alone, has waived any right to review by this Court. See Thomas v. Arn, 474 U.S. 140, 147-48 (1985); Mario v. P & C Food Markets, Inc., 313 F.3d 758, 766 (2d Cir. 2002); Spence v. Superintendent, Great Meadow Corr. Facility, 219 F.3d 162, 174 (2d Cir. 2000). Accordingly, the Court hereby adopts the Report and Recommendation, and, for the reasons therein, dismisses the petition with prejudice. Clerk to enter judgment.

  SO ORDERED.

Dated: New York, NY
     November 26 2014

                    _____
                    JED S. RAKOFF, U.S.D.J.